IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

PHYLLIS L. TAYLOR,                          )
                                            )
                Plaintiff,                  )
                                            )
v.                                          )        Case No. CIV-07-607-L
                                            )
MICHAEL J. ASTRUE,                          )
Commissioner of Social Security             )
Administration,                             )
                                            )
                Defendant.                  )

## O R D E R

On April 24, 2008, Magistrate Judge Doyle W. Argo entered his Report and

Recommendation in this action brought by plaintiff for judicial review pursuant to

42 U.S.C. § 405(g) of the final decision of the defendant Commissioner denying

her application for disability insurance benefits.  The Magistrate Judge

recommended that the Commissioner's decision be reversed and remanded for

further administrative proceedings.

The court file reflects that no party has filed a written objection to the

Report and Recommendation within the time limit allowed.  Upon *de novo* review,

the court finds that the the Report and Recommendation should be and is hereby

adopted in its entirety.

Accordingly, the **decision of the Commissioner to deny plaintiff's**

**application for disability benefits is REVERSED.  The case is REMANDED to**

**the Commissioner for further administrative proceedings consistent with**

**the April 24, 2008 Report and Recommendation of the Magistrate Judge.**

It is so ordered this 28th day of May, 2008.

_Tim Leonard_

TIM LEONARD
United States District Judge